214 So.2d 161

Thomas H. JENKINS, Individually and for the Community, and Olivia A. Jenkins, Individually

v.

GREYHOUND LINES, INC., et al.

No. 49363.

Oct. 3, 1968.

In re: Thomas H. Jenkins, Individually and for the Community, and Olivia A. Jenkins, Individually applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 210 So.2d 390.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

214 So.2d 162

David CROW, Trustee, David Crow et al., L. E. Smith

v.

SOUTHERN NATURAL GAS COMPANY.

No. 49366.

Oct. 3, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

214 So.2d 161

SUCCESSION OF Joseph BROUSSARD.

No. 49365.

Oct. 3, 1968.

In re: Robert Butler applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 589.

The application is denied. There appears no error in the judgment complained of.